# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2900
_____

ELLIS MIGUEL CLARK,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

August 12, 2026

PER CURIAM.

To the extent Petitioner alleges ineffective assistance of appellate counsel, the Court denies the petition. In all other respects, the petition is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ellis Miguel Clark, pro se, Petitioner.

James Uthmeier, Attorney General, Tallahassee, for Respondent.